NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANALOG DEVICES, INC.,**
*Appellant*

**v.**

**XILINX, INC., XILINX ASIA PACIFIC PTE. LTD.,**
*Appellees*

---

2022-1987

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01624.

-------------------------------------------------

**In re:  XILINX, INC., XILINX ASIA PACIFIC PTE. LTD.,**
*Appellants*

---

2022-2021

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01624.

---

**ON MOTION**

———————————

Before STARK, *Circuit Judge.*

**O R D E R**

Analog Devices, Inc. moves unopposed to voluntarily dismiss Appeal No. 2022-1987 pursuant to Federal Rule of Appellate Procedure 42(b), and to withdraw as a party from Appeal No. 2022-2021.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)  Appeal No 2022-1987 is dismissed.

(3)  Each side shall bear its own costs in Appeal No. 2022-1987.

(4)  The revised official caption and short caption for the remaining appeal, Appeal No. 2022-2021, are reflected in this order.

(5)  Within 30 days of the date of filing of this order, the United States Patent and Trademark Office (PTO) is directed to inform this court whether it intends to intervene in Appeal No. 2022-2021.

(6)  If the PTO elects to participate as intervenor, its docketing statement is due within 14 days of the date of filing of its notice of intervention and its brief shall be served within 40 days of the date of filing of appellants' opening brief.

FOR THE COURT

December 13, 2022              /s/ Peter R. Marksteiner
      Date                    Peter R. Marksteiner
                              Clerk of Court

IN RE:  XILINX, INC.                                                        3

cc:  United States Patent and Trademark Office

ISSUED AS A MANDATE (as to 2022-1987 only):
<u>December 13, 2022</u>